**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **CHAMBERS OF**<br>**KENT A. JORDAN**<br>**DISTRICT JUDGE** | **LOCKBOX 10**<br>**844 KING STREET**<br>**U.S. COURTHOUSE**<br>**WILMINGTON, DELAWARE 19801** |

March 28, 2005

Ms. Robin Webb Grelock                David H. Williams, Esq.
P.O. Box 55                                     Morris, James, Hitchens & Williams LLP
Bear, DE   19701                           222 Delaware Avenue - 10th Fl.
                                                       Wilmington, DE   19801

      Re:   Robin Webb Grelock v. Christiana Care Health Service
            <u>Civil Action No. 04-813-KAJ</u>

Dear Ms. Grelock and Counsel:

      I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

                                  Very truly yours,


                                  Kent A. Jordan

KAJ:cas
Enclosure
cc:     Clerk of the Court