IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBIN WEBB GRELOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-813 KAJ |
| | ) | |
| CHRISTIANA CARE HEALTH SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

TO:   Robin Webb Grelock
      P.O. Box 55
      Bear, DE 19701

Pursuant to Rule 83.5(c), counsel moves the admission of Mr. Thomas S. Bloom as counsel *pro hac vice* to represent Defendant Christiana Care Health Services, Inc. in this matter. In support of this Motion, Defendant relies upon the attached Certification of Thomas S. Bloom, Esquire.

David H. Williams (#616) (dwilliams@morrisjames.com)
Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/6848

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5761/5543

Attorneys for Defendant
Christiana Care Health Services, Inc.

Dated: April 19, 2005

JLB/011747-0038/1134054/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN WEBB GRELOCK, | ) |
|        Plaintiff, | ) |
| v. | ) C.A. No. 04-813 KAJ |
| CHRISTIANA CARE HEALTH SERVICES, | ) |
|        Defendant. | ) |

**ATTORNEY CERTIFICATION OF THOMAS S. BLOOM
IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*** 

Thomas S. Bloom, Esquire hereby certifies:

1. I am an associate with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Christiana Care Health Services, Inc., in the above-captioned matter. I practice in Morgan, Lewis & Bockius LLP's offices in Philadelphia, Pennsylvania. I make this certification on personal knowledge. I do not reside in Delaware, I am not employed in Delaware, nor I am regularly engaged in business, professional, or similar activities in Delaware.

2. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, as well as in the jurisdictions of the United States District Court, Eastern District of Pennsylvania, and District of New Jersey, and I am not under suspension or disbarment in any Court.

3. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

4. David H. Williams, MORRIS, JAMES, HITCHENS & WILLIAMS, 222 Delaware Avenue, P.O. Box 2306, Wilmington, DE 19899, is Delaware counsel of record and

is qualified to practice law in the Courts of the State of Delaware and before the U.S. District Court for the District of Delaware.

_____
THOMAS S. BLOOM

Dated: April 14, 2005

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN WEBB GRELOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-813 KAJ |
| | ) |
| CHRISTIANA CARE HEALTH SERVICES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED on this ___ day of _____, 2005, that counsel's Motion for Admission *Pro Hac Vice* for Thomas S. Bloom is GRANTED.

_____
U.S.D.J.

DHW/011747-0038/1137221/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN WEBB GRELOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-813 KAJ |
| | ) |
| CHRISTIANA CARE HEALTH SERVICES, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on April 19, 2005, I electronically filed the attached **MOTION FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF. I hereby certify that on April 19, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Robin Webb Grelock
P.O. Box 55
Bear, DE 19701

/s/ David H. Williams
David H. Williams (#616) (dwilliams@morrisjames.com)
Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5543

Attorneys for Defendant
Christiana Care Health Services, Inc.

Dated: April 19, 2005
JLB/011747-0038/1134015/1