IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN WEBB GRELOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-813 KAJ |
| ) | |
| CHRISTIANA CARE HEALTH ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE OF RECORDS DEPOSITION** [*]

TO:  Robin Webb Grelock
     P.O. Box 55
     Bear, DE  19701

PLEASE TAKE NOTICE that the undersigned will take the deposition of the following on May 9, 2005, at 9:00 a.m. in the offices of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, 10th Floor, Wilmington, Delaware.

RECORDS CUSTODIAN

Department of Labor
4425 Market Street
Wilmington, DE  19802

---

[*] <u>Duces Tecum</u> - Deponent is to bring a complete copy of all records relating to the Delaware Department of Labor's investigation of the employment discrimination charge filed by Robin Webb Grelock (Case No.0205367/17C-2002-00391) (SS# xxx-xx-4287).  **Deponent's appearance will be waived if copies of the subpoenaed documents are furnished to David H. Williams on or before May 9, 2005.**

                    MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                    */s/ David H. Williams*
                    David H. Williams (#616) (dwilliams@morrisjames.com)
                    222 Delaware Avenue
                    P. O. Box 2306
                    Wilmington, DE 19899
                    (302) 888-6900


                    Michael J. Ossip (mossip@morganlewis.com)
                    Thomas S. Bloom (tbloom@morganlewis.com)
                    Morgan, Lewis & Bockius LLP
                    1701 Market Street
                    Philadelphia, PA  19103
                    (215) 963-5761/5543

                    Attorneys for Defendant
                    Christiana Care Health Services

Dated:  April 20, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN WEBB GRELOCK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTIANA CARE HEALTH )<br>SERVICES, )<br>)<br>Defendant. ) | C.A. No. 04-813 KAJ |

## CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on April 20, 2005, I electronically filed the attached **DEFENDANT'S NOTICE OF RECORDS DEPOSITION** with the Clerk of Court using CM/ECF. I hereby certify that on April 20, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Robin Webb Grelock
P.O. Box 55
Bear, DE 19701

/s/ David H. Williams
David H. Williams (#616) (dwilliams@morrisjames.com)
Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5543

Attorneys for Defendant
Christiana Care Health Services, Inc.

Dated: April 20, 2005
JLB/011747-0038/1134015/1