# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Jennifer L. Brierley
(302) 888-6848
jbrierley@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

May 18, 2005

**VIA HAND DELIVERY AND E-FILING**

The Honorable Kent A. Jordan
U.S. District Court
844 King Street
Wilmington, DE  19801

      Re:    *Grelock v. Christiana Care Health Services*
             C.A. No. 04-813-KAJ

Dear Judge Jordan:

      We represent the Defendant, Christiana Care Health Services, in connection with the above matter. On April 6th, I participated in a teleconference with your secretary, Ms. Stein, and the plaintiff's husband, Mr. Grelock. Mr. Grelock requested the Court to hold his wife's civil action in suspension until mid-August while Mrs. Grelock receives chemotherapy treatments. Christiana Care does not oppose his request. Your secretary asked Mr. Grelock to confirm his request in writing and send it to your office. To date, we have not received a copy of such letter from Mr. Grelock, and felt we should notify the Court of the status of same.

                                               Respectfully,

                                               Jennifer L. Brierley

/jlb
cc:    Mrs. Robin Grelock (by mail)
        Thomas S. Bloom, Esquire (by mail)
        Clerk of the Court  (by hand)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBIN WEBB GRELOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-813 KAJ |
| | ) | |
| CHRISTIANA CARE HEALTH SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Jennifer L. Brierley, hereby certify that on May 18, 2005, I electronically filed the attached **MAY 18, 2005 LETTER TO JUDGE JORDAN** with the Clerk of Court using CM/ECF. I hereby certify that on May 18, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Robin Webb Grelock
P.O. Box 55
Bear, DE 19701

*Jennifer J. Brierley*

David H. Williams (#616) (dwilliams@morrisjames.com)
Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5543

Attorneys for Defendant
Christiana Care Health Services, Inc.

Dated: May 18, 2005
JLB/011747-0038/1134015/1