UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN WEBB GRELOCK,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES,<br><br>Defendant. | :<br>:<br>:<br>: C.A. No. 04-813 KAJ<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL WITH PREJUDICE

This matter having been settled, the parties hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), to the dismissal of all claims in the above-referenced action with prejudice, with costs and attorneys' fees governed by the parties' agreement.

Dated: September 18, 2005

_____
Robin W. Grelock
P.O. Box 55
Bear, DE 19701
Plaintiff

_____
David H. Williams (#616)
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
Wilmington, DE 19899-2092
dwilliams@morrisjames.com

Michael J. Ossip
Thomas S. Bloom
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Attorneys for Defendant
Christiana Care Health Services